**2017–0664. State v. Murray.**
Highland App. No. 16CA24, 2017-Ohio-1293. On review of an order certifying a conflict. The court

determines that a conflict exists. Sua sponte, cause held for decision in 2016–1652, *State v. Brown*, and briefing schedule stayed.

O'Neill and DeWine, JJ., dissent.